E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4520 GHK (RZx) | Date | August 22, 2011 |
|---|---|---|---|
| Title | JON CARPENTER vs. TSE COMMERCIAL ENTERPRISES, LLC | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:**   **(IN CHAMBERS)   ORDER**

     The Court is in receipt of the parties' *Notice of Settlement* e-filed on July 22, 2011, informing the Court that the parties have reach a settlement in the above case. Counsel shall have **FOURTEEN (14) DAYS** in which to file a stipulation for dismissal or **SHOW CAUSE** in writing within the same time period, why the above action should not be dismissed. Failure to timely and adequately respond as required herein will be deemed plaintiff's abandonment of the above action. In that event, the above matter will be dismissed without prejudice by reason of settlement.

     **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |